# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: } | CASE NUMBER: 12-24122-PGH |
| } | |
| Leonard Albanese } | |
| } | JUDGE   Paul G. Hyman |
| } | |
| DEBTOR. } | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM   1-Sep-13   TO   30-Sep-13

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 10/16/2013

/s/ Lenore M. Rosetto
Attorney for Debtor

Debtor's Address
and Phone Number:
310 North Ocean Blvd
Delray Beach, FL 33483

Attorney's Address
and Phone Number:
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

Tel. (561) 443-0800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

Ma

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Leonard Albanese |
|---|
| Case Number: 12-24122-PGH |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Sep-13 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $5,120.12 | $3,276.66 |
| CASH- Beginning of Month (Business) |  | $0.00 |
|  |  |  |
| Total Household Receipts | $29,418.74 | $400,713.87 |
| Total Business Receipts |  |  |
| Total Receipts | $29,418.74 | $400,713.87 |
|  |  |  |
| Total Household Disbursements | $31,042.60 | $400,494.27 |
| Total Business Disbursements |  |  |
| Total Disbursements | $31,042.60 | $400,494.27 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($1,623.86) | $219.60 |
|  |  |  |
| CASH- End of Month (Individual) | $3,496.26 | $3,496.26 |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $31,042.60 |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $31,042.60 | $0.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This  14th  day of  October  20 13 .

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month Sep-13 | Cumulative Total |
|---|---|---|
|  |  | $3,276.66 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | $29,418.74 | $398,276.43 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  | $70.78 |
| (Reversal of Some Bank Fees) |  | $2,366.66 |
| **TOTAL RECEIPTS** | $29,418.74 | $400,713.87 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Class 6 Unsecured Payments | $1,034.08 | $2,496.01 |
| Class 2 Payment | $1,716.94 | $11,716.94 |
| Class 4 Payment | $5,469.12 | $10,938.24 |
| Household Expenses/Food/Clothing | $600.00 | $8,110.17 |
| Household Repairs & Maintenance |  | $15,646.13 |
| Insurance | $463.50 | $3,606.00 |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | $50.00 | $4,758.83 |
| Mortgage Payment(s) | $17,307.68 | $224,619.63 |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment |  | $685.70 |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $1,703.43 | $26,720.72 |
| Vehicle Expenses | $243.15 | $490.50 |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | $1,625.00 | $4,550.00 |
| Professional Fees (Legal, Accounting) |  | $33,500.00 |
| Shraiberg- August 1 Bills |  | $39,146.21 |
| Bank Fees | $17.20 | $779.39 |
| Palm Beach County |  | $1,024.00 |
| Clerk of Court |  | $5,687.66 |
| American Express- DEMAND |  | $1,143.14 |
| Parker Lenders LLC - Class 5 | $812.50 | $4,875.00 |
| **Total Household Disbursements** | $31,042.60 | $400,494.27 |
|  | ✓ | ✓ |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | ($1,623.86) | $3,496.26 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | City National Bank |
| Account Number | XXX 1431 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1742 | 1-Sep | Parker Lenders LLC | Class 5 Payment | $812.50 |
| 1743 | 1-Sep | Citibank | Class 3 Payment | $790.07 |
| 1745 | 1-Sep | CP Linton Oaks | Class 6 Payment | $66.59 |
| 1747 | 1-Sep | VOID | | |
| 1750 | 1-Sep | Parker Lenders LLC | Class 6 Payment | $50.87 |
| 1752 | 4-Sep | IRS | Class 4 Priority Payment | $5,469.12 |
| 1753 | 1-Sep | Citibank | 2nd Mortgage | $3,819.94 |
| 1754 | 19-Sep | US Trustee | Trustee fee | $1,625.00 |
| 1755 | 19-Sep | Citibank | Class 2 | $136.80 |
| 1756 | 19-Sep | Florida Public Utilities | Utilities | $95.78 |
| 1757 | 19-Sep | FPL | Utilities | $1,279.87 |
| 1758 | 19-Sep | COMCAST | Utilities | $327.78 |
| | 3-Sep | CASH | Food | $500.00 |
| | 3-Sep | Gregory Funding | 1st Mortgage | $13,487.74 |
| | 4-Sep | Royal Palm Derm. | Doctor | $50.00 |
| | 12-Sep | Enterprise Leasing | Car Rental | $234.75 |
| | 6-Sep | CASH | Food/Gas | $100.00 |
| | 17-Sep | City National Bank | Bank Fee | $17.20 |
| | 23-Sep | Enterprise Leasing | Car Rental | $8.40 |
| 1712 | 1-Aug | Snowmass Village | Class 6 | $2.76 |
| 1716 | 1-Aug | TLBA | Class 6 | $551.07 |
| 1721 | 1-Aug | CP Linton Oaks | Class 6 | $66.59 |
| 1730 | 1-Aug | Indigo | Class 6 | $296.20 |
| 1732 | 1-Aug | Citibank | Class 2 | $790.07 |
| 1733 | 1-Aug | Private Group Insurance | Insurance | $463.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $31,042.60 |

✓

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| MONTHLY OPERATING REPORT - INDIVIDUAL | | | | ATTACHMENT NO. 2 | |
|---|---|---|---|---|---|

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | City National | | | |
| Account Number: | XXX 1431 | | | |
| Purpose of Account (Business/Personal) | Personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 1812.54 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 1812.54 | | | |
| TOTAL OF ALL ACCOUNTS | | | | 1812.54 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# City National Bank

PAGE: 1 of 2
ACCOUNT: 1431

Last Statement: August 30, 2013
This Statement: September 30, 2013

LEONARD A ALBANESE
DEB-POS CASE #12-24122PGH
310 N OCEAN BLVD
DELRAY BEACH FL  33483-7128

**DIRECT INQUIRIES TO:**

CITY NATIONAL BANK
GLADES ROAD BANKING CENTER
2301 GLADES ROAD
BOCA RATON, FL  33431

PHONE:   561-998-4440
         800-435-8839

## CHAPTER 11 BANKRUPTCY

| | |
|---|---:|
| Account Number | 1431 |
| Enclosures | 19 |
| Beginning Balance | $4,597.17 |
| Ending Balance | $1,812.54 |
| Average Ledger Balance | $6,033.27 |
| Low Balance | -$21.69 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 08-30 | Beginning balance | | | 4,597.17 |
| 09-03 | Wire Transfer Leonard Albanese & So 5704Ft03 | 15,000.00 | | 19,597.17 |
| 09-03 | Xx6718 Atm Withdrawal 08/31 15:01 City National Ba Delray Beach Fl | | 500.00 | 19,097.17 |
| 09-04 | Gregory Fund7493 Cash Trans Xxxxx3-036 | | 13,487.74 | 5,609.43 |
| 09-05 | Xx6718 Pos Purchase 09/04 03:37 Royal Palm Derma Boca Raton Fl 04834000 | | 50.00 | 5,559.43 |
| 09-06 | Miscellaneous Debit | | 100.00 | 5,459.43 |
| 09-06 | Fpl Payment Ctr Bill Pymt 1738 | | 1,160.77 | 4,298.66 |
| 09-10 | Check # 1733 | | 463.50 | 3,835.16 |
| 09-11 | Deposit | 7,819.00 | | 11,654.16 |
| 09-11 | Check # 1750 | | 50.87 | 11,603.29 |
| 09-11 | Check # 1742 | | 812.50 | 10,790.79 |
| 09-12 | Deposit | 1,800.00 | | 12,590.79 |
| 09-12 | Xx6718 Pos Purchase 09/11 16:09 Enterprise Rent- Delray Beach Fl 000 | | 234.75 | 12,356.04 |
| 09-13 | Trinet Payroll      8535 | 649.88 | | 13,005.92 |

**City National Bank is honored to be selected as Business of the Year
by the South Florida Business Journal.**

Access your account information 24 hours a day via online banking, mobile apps and with CityTel at 1-800-762-CITY.

| | | | | |
|---|---|---|---|---|
| LEONARD A ALBANESE | | | PAGE: | 2 of 2 |
| September 30, 2013 | | | ACCOUNT: | 1431 |

## DAILY ACTIVITY (continued)

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-13 | Check # 1732 | | 790.07 | 12,215.85 |
| 09-16 | Check # 1730 | | 296.20 | 11,919.65 |
| 09-17 | Check # 1721 | | 66.59 | 11,853.06 |
| 09-17 | Check # 1745 | | 66.59 | 11,786.47 |
| 09-17 | Monthly Service Fee | | 17.20 | 11,769.27 |
| 09-20 | Check # 1743 | | 790.07 | 10,979.20 |
| 09-20 | Check # 1753 | | 3,819.94 | 7,159.26 |
| 09-20 | Check # 1752 | | 5,469.12 | 1,690.14 |
| 09-23 | Xx6718 Pos Purchase 09/21 00:59 Enterprise Renta 877-860-1258 Ny | | 8.40 | 1,681.74 |
| 09-23 | Check # 1758 | | 327.78 | 1,353.96 |
| 09-24 | Fpl Payment Ctr Bill Pymt 1757 | | 1,279.87 | 74.09 |
| 09-25 | Check # 1756 | | 95.78 | -21.69 |
| 09-26 | Wire Transfer Leonard Albanese & So 6739Ft03 | 3,500.00 | | 3,478.31 |
| 09-26 | Check # 1716 | | 551.07 | 2,927.24 |
| 09-26 | Check # 1755 | | 136.80 | 2,790.44 |
| 09-26 | Check # 1754 | | 1,625.00 | 1,165.44 |
| 09-27 | Trinet Payroll    8535 | 649.86 | | 1,815.30 |
| 09-30 | Check # 1712 | | 2.76 | 1,812.54 |
| 09-30 | Ending totals | 29,418.74 | 32,203.37 | 1,812.54 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1712* | 09-30 | 2.76 | 1745* | 09-17 | 66.59 |
| 1716* | 09-26 | 551.07 | 1750* | 09-11 | 50.87 |
| 1721* | 09-17 | 66.59 | 1752 | 09-20 | 5,469.12 |
| 1730* | 09-16 | 296.20 | 1753 | 09-20 | 3,819.94 |
| 1732 | 09-13 | 790.07 | 1754 | 09-26 | 1,625.00 |
| 1733* | 09-10 | 463.50 | 1755 | 09-26 | 136.80 |
| 1742 | 09-11 | 812.50 | 1756* | 09-25 | 95.78 |
| 1743* | 09-20 | 790.07 | 1758 | 09-23 | 327.78 |

\* Skip in check sequence

It's hurricane season.  During weather-related occurrences call
City National Bank's Hotline at 1-855-684-8284 for updates and operating hours.

| | |
|---|---|
| $7,819.00  09/11/2013 | 1730  $296.20  09/16/2013 |
| $1,800.00  09/12/2013 | 1732  $790.07  09/13/2013 |
| 0  $100.00  09/06/2013 | 1733  $463.50  09/10/2013 |
| 1712  $2.76  09/30/2013 | 1742  $812.50  09/11/2013 |
| 1716  $551.07  09/26/2013 | 1743  $790.07  09/20/2013 |
| 1721  $66.59  09/17/2013 | 1745  $66.59  09/17/2013 |

| Check # | Amount | Date | Payee | Memo |
|---|---|---|---|---|
| 1750 | $50.87 | 09/11/2013 | Parker Lenders LLC | Class 6 Unsecured Claim 20/60 |
| 1752 | $5,469.12 | 09/20/2013 | United States Treasury / Internal Revenue Service | Class 4 Priority Claim 20/60 payments; 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 |
| 1753 | $3,819.94 | 09/20/2013 | Citibank | 2908048305 |
| 1754 | $1,625.00 | 09/26/2013 | U.S. Trustee | #12-24122-PGH |
| 1755 | $136.80 | 09/26/2013 | Citibank | #2908048305 |
| 1756 | $95.78 | 09/25/2013 | Florida Public Utilities | 0125056-2 |
| 1758 | $327.78 | 09/23/2013 | Comcast | 0638 347723-03-2 |