

**ORDERED in the Southern District of Florida on October 23, 2013.**

**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

LEONARD ALBANESE                                    Chapter 11

   Debtor.                                          Case No.:  12-24122-PGH

_____/

**ORDER GRANTING DEBTOR-IN-POSSESSION'S FINAL REPORT
AND MOTION TO ADMINISTRATIVELY CLOSE CASE**

**THIS MATTER** came before the Court for hearing on October 22, 2013, upon Leonard Albanese's (the "**Debtor**") *Final Report and Motion to Administratively Close Case* [ECF No. 207] (the "**Motion**").  The Court, having reviewed the Motion, hearing argument of counsel, noting that the Debtor has filed all required Post-Confirmation Quarterly Operating Reports and represented that all United States Trustee quarterly fees have been paid pursuant to 28 U.S.C. § 1930 or will be paid prior to the entry of this Order, and being otherwise fully advised in the premises, **ORDERS** as follows:

   1.   The Motion is **GRANTED** as provided herein.

2. This bankruptcy case shall be closed upon entry of this Order, without prejudice to the Debtor filing a motion to reopen this bankruptcy case upon the satisfaction of all payments required under the Debtor's Plan of Reorganization (the "**Plan**") [ECF No. 115] and seeking the entry of an Order of Discharge at that time.

3. During the time that this bankruptcy case is temporarily closed, the provisions of this Court's Order confirming the Plan (the "**Confirmation Order**") [ECF No. 196], dated August 5, 2013, shall remain in effect with respect to the treatment of creditor claims that existed as of the bankruptcy petition date, June 8, 2012, as long as the Debtor is in compliance with the Plan and the Confirmation Order, and as long as the Debtor timely makes all of the required payments to creditors, as contemplated under the Plan.

4. If and when the Debtor chooses to file a motion to reopen this bankruptcy case, any Clerk of Court fees associated with the filing of the motion to reopen shall be waived. The motion to reopen shall be served upon all creditors, the United States Trustee, and parties in interest, and shall demonstrate and verify that the Debtor has made all required payments under the Plan.

5. Upon the re-opening of this bankruptcy case, the Debtor shall promptly file a Final Report of Estate and Motion for Final Decree Closing Case on the Court approved local form in effect at that time, which shall certify, among other things, that all payments required under the Plan have been made. The Court may then grant the Debtor a discharge, pursuant to 11 U.S.C. § 1141(d)(5) if all other conditions are satisfied.

6. The entry of this Order is also without prejudice to any creditor, the United States Trustee, or other party in interest in filing a motion to reopen this case to enforce the terms of the Plan or the Confirmation Order. If and when a Creditor chooses to file a motion to reopen this

bankruptcy case, any Clerk of Court fees associated with the filing of the motion to reopen shall be waived.

7. The Court retains jurisdiction to enforce any and all terms of the Plan, the Confirmation Order, and this Order.

###

Submitted by:

Bradley S. Shraiberg, Esq.
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@sfl-pa.com

Bradley S. Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.